### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Kevin Wallace | ) | 14-15312 (amc) |
| Bernice Wallace | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | Docket #97 |

### NOTICE OF WITHDRAWAL OF "MOTION TO DISMISS CASE" DOCKET NO. 97

The captioned document, "Motion to Dismiss Case" Docket No. 97 is whereby withdrawn.

August 16, 2016

BILLION LAW

*[signature]*

Mark M. Billion (PA Bar No. 315152)
922 New Road, 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Plaintiff-Debtor*