# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Kevin Wallace | )    14-15312 (amc) |
| Bernice Wallace | ) |
| | )    Chapter 7 |

## NOTICE:
## DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE

This matter will be heard on September 28, 2016 at 11:00 a.m. at the Robert N.C. Nix, Sr. Federal Courthouse; 900 Market Street; Courtroom #5; Philadelphia, PA 19107. Objections, if any, are due on or before September 16, 2016 and must be served on the undersigned via the address below.

*Absent timely objection, the relief requested herein may be granted without further notice or hearing.*

August 16, 2016                                             BILLION LAW

_____
Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
    markbillion@billionlaw.com

*For the Debtors*