IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      )
    Kevin Wallace &                          )
    Bernice Wallace,                         )    Case No. 14-15312 (amc)
                                            )
        Debtors.                         )    Chapter 7

## ORDER: DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE

Upon consideration of the captioned motion, any responses thereto and the record before this Court, the Court hereby GRANTS the motion. The captioned case is DISMISSED.

Dated: _____, 2016                  _____,
                                                                    J.