United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15312-amc
Kevin Wallace                                                             Chapter 7
Bernice Wallace
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Sep 28, 2016
                             Form ID: pdf900        Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db/jdb        +Kevin Wallace,    Bernice Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108
cr            +Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    IRVING, TX 75014-1419
13338899      +Afni, Inc. (Original Creditor:At T Mobil,    Po Box 3097,    Bloomington, IL 61702-3097
13338900      +Afni, Inc. (Original Creditor:Verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
13435735       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA  90051-5478
13398188      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13338901      +Cash In Advance,    510a N Fort Hood St,    Killeen, TX 76541-4529
13338902      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13338903      +Choice Recovery (Original Creditor:Fast,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
13338904      +Complete Credit Soluti (Original Credito,    2921 Brown Trl,    Bedford, TX 76021-4144
13338906      +Convergent (Original Creditor:T Mobile U,    Po Box 9004,    Renton, WA 98057-9004
13338907      +Diversified (Original Creditor:11 Sprint,    P O Box 551268,    Jacksonville, FL 32255-1268
13338910      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13338912      +Freedom Cu,    Arsenal Bus Center 5301 Tacony St #42,    Philadelphia, PA 19137-2307
13338913      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13338914      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13364490      +Mark M. Billion,    Billion Law,    922 New Road, 2nd Floor,    Wilmington, DE 19805-5199
13399126     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
               PO BOX 630267,    Irving, TX 75063)
13348478      +NATIONSTAR MORTGAGE LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13338920      +Nca (Original Creditor:01 Aarons Sales A,    P.O. Box 550 327 West Fourth St,
               Hutchinson, KS 67504-0550
13575047     ++PERITUS PORTFOLIO SERVICES,    PO BOX 141419,    IRVING TX 75014-1419
               (address filed with court:  Peritus Portfolio Services, LLC,    P.O. Box 141419,
               Irving, TX 75014-1419)
13338921      +Philadelphia Gas,    1800 N 9th S,    Philadelphia, PA 19122-2099
13338923      +Rcvl Per Mng (Original Creditor:11 At T),    Po Box 768,    Bothell, WA 98041-0768
13338924      +Salute,    Po Box 105555,    Atlanta, GA 30348-5555
13374158       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13338925      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13338926      +Strategic Recovery Gro (Original Credito,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
13338927      +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
13338928      +Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13338929      +Verizon Wirelss,    2000 Corporate Dr.    Orangeburg, NY 10962-2624
13338930      +Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 29 2016 01:39:16     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:38:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2016 01:39:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13390774       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 01:49:40
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13360217       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:06:54
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
13420939       E-mail/Text: bankruptcy@phila.gov Sep 29 2016 01:39:16     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13338905      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 29 2016 01:38:57     Consumer Portfolio Svc,
               Po Box 57071,    Irvine, CA 92619-7071
13338911      +E-mail/Text: schmidtb@freedomcu.org Sep 29 2016 01:38:32     Freedom Cu,
               626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
13338915       E-mail/Text: cio.bncmail@irs.gov Sep 29 2016 01:38:35     IRS,    Department of Treasury,
               Internal Revenue Service,    Kansas City, MO 64999
13406284       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2016 01:38:58     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13338916      +E-mail/Text: bkr@cardworks.com Sep 29 2016 01:38:29     Merrick Bank,    Po Box 9201,
               Old Bethpage, NY 11804-9001
13338917      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2016 01:38:53
               Midland Funding (Original Creditor:T-Mob,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13338919      +E-mail/Text: ally@ebn.phinsolutions.com Sep 29 2016 01:38:29     Natl A Fin,    Po Box 380901,
               Bloomington, MN 55438-0901
```

```
District/off: 0313-2            User: DonnaR          Page 2 of 2            Date Rcvd: Sep 28, 2016
                               Form ID: pdf900        Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13410354      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 29 2016 01:38:38     PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13338922      +E-mail/Text: bknotices@totalcardinc.com Sep 29 2016 01:38:54     Plains Commerce Bank,
               5109 S Broadband Ln,   Sioux Falls, SD 57108-2208
13344122       E-mail/Text: bnc-quantum@quantum3group.com Sep 29 2016 01:38:40
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                          TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13398187       14-15312
13361392*     +Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
13338918*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX 75067)
13338908      ##+Dyck Oneal Inc,   15301 Spectrum Dr,   Addison, TX 75001-6436
13338909      ##+First Bk Of De/Contine,   1000 Rock Run Parkway,   Wilmington, DE 19803-1455
                                                                          TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MARK MATTHEW BILLION    on behalf of Joint Debtor Bernice   Wallace markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARK MATTHEW BILLION    on behalf of Debtor Kevin   Wallace markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc.
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                    TOTAL: 8
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )
      Kevin Wallace &                )
      Bernice Wallace,              )        Case No. 14-15312 (amc)
                                    )
           Debtors.          )        Chapter 7

### ORDER: DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE

Upon consideration of the captioned motion, any responses thereto and the record before

this Court, the Court hereby GRANTS the motion.  The captioned case is DISMISSED.

Dated: _____, 2016        _____,
                                                        J.