**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kevin Wallace | : | |
| Bernice Wallace | : | |
| Debtors | : | BANKRUPTCY NO.: 14-15312-AMC |

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Notice and Motion to Allow a New Chapter 13 Bankruptcy Filing have been served upon the following interested parties this 25th day of March, 2019.

cc:   **Electronically mailed to**
PETER J. ASHCROFT on behalf of Creditor Consumer Portfolio Services, Inc.
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

MARK MATTHEW BILLION
markbillion@billionlaw.com, mmb21167@fastpacer.us

TERRY P. DERSHAW
td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com

ANDREW F GORNALL on behalf of Creditor NATIONSTAR MORTGAGE LLC
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

JACK K. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

WILLIAM C. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.go

**Sent via first class mail to:**

John Linder
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Pamela E. Thurmond, Esquire
1401 John F . Kennedy Blvd.,5th Floor
Philadelphia, PA 19102-1595

Gorgina Yarbrough
Peritus Portfolio Services, LLC
P.O. Box 141419
Irving, TX 75014-1419

Kevin & Bernice Wallace
1157 Atwood Road
Philadelphia, PA 19151

                                              Respectfully submitted,

                                              _/s/ Brandon Perloff_
                                              Brandon Perloff, Esq.
                                              Kwartler Manus, LLC
                                              1429 Walnut Street, Ste 701
                                              Philadelphia, PA 1910