IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    Kevin Wallace | : | |
|    Bernice Wallace | : | |
|        Debtors | : | BANKRUPTCY NO.: 14-15312-AMC |

### O R D E R ALLOWING DEBTOR
### TO FILE CHAPTER 13 BANKRUPTCY PETITION

AND NOW, this  30th   day of  April                  2019, upon consideration of the Debtor's Motion to Allow Filing of Chapter 13 Bankruptcy, it is hereby, ORDERED AND DECREED that said Motion is GRANTED, and the Debtor, Kevin Wallace, may file a new Chapter 13 Bankruptcy.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

       William C. Miller, Chapter 13 Trustee
       ecfemails@ph13trustee.com, philaecf@gmail.com