United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin Wallace  
Bernice Wallace  
       Debtors

Case No. 14-15312-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 30, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
db/jdb        +Kevin Wallace,    Bernice Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

       ANDREW F GORNALL     on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRANDON J. PERLOFF     on behalf of Debtor Kevin   Wallace bperloff@kminjurylawyers.com, kmecf1429@gmail.com,mhazlett@kminjurylawyers.com  
       JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       MARK MATTHEW BILLION     on behalf of Debtor Kevin   Wallace markbillion@billionlaw.com, mmb21167@fastpacer.us  
       MARK MATTHEW BILLION     on behalf of Joint Debtor Bernice   Wallace markbillion@billionlaw.com, mmb21167@fastpacer.us  
       PETER J. ASHCROFT     on behalf of Creditor    Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       TERRY P. DERSHAW     td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                           TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    Kevin Wallace | : | |
|    Bernice Wallace | : | |
|       Debtors | : | BANKRUPTCY NO.: 14-15312-AMC |

**O R D E R ALLOWING DEBTOR**
**TO FILE CHAPTER 13 BANKRUPTCY PETITION**

AND NOW, this __30th__ day of __April__ 2019, upon consideration of the Debtor's Motion to Allow Filing of Chapter 13 Bankruptcy, it is hereby, ORDERED AND DECREED that said Motion is GRANTED, and the Debtor, Kevin Wallace, may file a new Chapter 13 Bankruptcy.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

        William C. Miller, Chapter 13 Trustee
        ecfemails@ph13trustee.com, philaecf@gmail.com